**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7365**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GREGORY GEORGE RUTLEDGE,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Leonie M. Brinkema, District Judge. (1:04-cr-00321-LMB-1)

Submitted: January 14, 2016          Decided: January 20, 2016

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gregory George Rutledge, Appellant Pro Se.   Jack Hanly, Assistant United States Attorney, Alexandria, Virginia, for Appellant.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory George Rutledge appeals the district court's order denying his motion to terminate his supervised release judgement under 18 U.S.C. § 3583(e)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Rutledge, No. 1:04-cr-00321-LMB-1 (E.D. Va. filed Aug. 12 & entered Aug. 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED